**Case No. 23-1382**

**BEFORE THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ELLWOOD CITY FORGE COMPANY, ELLWOOD NATIONAL STEEL CO., ELLWOOD QUALITY STEELS CO., A. FINKL & SONS,

          Plaintiffs-Appellants,

v.

UNITED STATES, METALCAM S.P.A.,

          Defendants-Appellees,

Appeal from the United States Court of International Trade in
Case No. 21-00073
Judge Stephen A. Vaden

**PLAINTIFFS-APPELLANTS' CONSENT MOTION FOR
VOLUNTARY DISMISSAL AND DISMISSAL AGREEMENT**

Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
900 19th Street N.W., Suite 400
Washington, DC 20006
Phone: (202) 567-2300
Fax: (202) 567-2301

*Counsel to Ellwood City Forge Company,
Ellwood National Steel Co.,
Ellwood Quality Steels Co.,
and A. Finkl & Sons*

FORM 9. Certificate of Interest                                                                    Form 9 (p. 1)
                                                                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number**  2023-1382

**Short Case Caption**  Ellwood City Forge Company v. US

**Filing Party/Entity**  Ellwood City Forge Company, Ellwood National Steel Co., Ellwood Quality Steels Co., and A. Finkl & Sons

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/23/2023           Signature:  /s/ Thomas M. Beline

                                          Name:        Thomas M. Beline

FORM 9. Certificate of Interest                                     Form 9 (p. 2)
                                                                    July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Ellwood City Forge Company | | None |
| Ellwood National Steel Co. | | None |
| Ellwood Quality Steels Co. | | None |
| A. Finkl & Sons | | Schmolz + Bickenbach |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

FORM 9. Certificate of Interest                                          Form 9 (p. 3)
                                                                         July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable      ☑ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable      ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## Attachment to Certificate of Interest
### CAFC No. 2023-1382

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency, or expected to appear in this court are:

| | |
|---|---|
| *Appearing before this Court*: | **CASSIDY LEVY KENT (USA) LLP** <br> Thomas M. Beline, Partner <br> James E. Ransdell, Counsel |
| *Before trial court*: | **CASSIDY LEVY KENT (USA) LLP** <br> Thomas M. Beline, Partner <br> Jack A. Levy, Partner <br> Myles S. Getlan, Partner <br> Jeffrey B. Denning, Partner <br> James E. Ransdell, Associate <br> Chase J. Dunn, Associate <br> Nicole Brunda, Associate |
| *Before agency*: | **CASSIDY LEVY KENT (USA) LLP** <br> Thomas M. Beline, Partner <br> Jack A. Levy, Partner <br> Myles S. Getlan, Partner <br> James E. Ransdell, Associate |

# PLAINTIFFS-APPELLANTS' CONSENT MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL AGREEMENT

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Plaintiffs-Appellants, Ellwood City Forge Company, Ellwood National Steel Co., Ellwood Quality Steels Co., and A. Finkl & Sons, hereby move to voluntarily dismiss the above-captioned appeal. Plaintiffs-Appellants note that this appeal remains in its earliest stage, having been docketed in this Court on January 12, 2023. *See* ECF Doc. 1-1. Each party will bear its own costs.

On January 20, 2023, counsel for Plaintiffs-Appellants contacted Sarah E. Kramer, counsel for Defendant-Appellee United States, and Richard P. Ferrin, counsel for Defendant-Appellee Metalcam S.p.A., concerning this motion. On January 20, 2023, counsel for Metalcam S.p.A. indicated their client's consent to this motion and agreement to the aforementioned terms of voluntary dismissal. On January 23, 2023, counsel for the United States indicated their client's consent to this motion and agreement to the aforementioned terms of voluntary dismissal.

Based on the foregoing, Plaintiffs-Appellants respectfully request that the court dismiss the above-captioned appeal, assigned docket number 2023-1382.

\*   \*   \*

Respectfully submitted,

/s/Thomas M. Beline

Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
900 19th Street N.W., Suite 400
Washington, DC 20006
Phone: (202) 567-2300
Fax: (202) 567-2301

January 23, 2023

*Counsel to Ellwood City Forge Company, Ellwood National Steel Co., Ellwood Quality Steels Co., and A. Finkl & Sons.*

# Case No. 23-1382

## BEFORE THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ELLWOOD CITY FORGE COMPANY, ELLWOOD NATIONAL STEEL CO., ELLWOOD QUALITY STEELS CO., A. FINKL & SONS,

                                                              Plaintiffs-Appellants,

v.

UNITED STATES, METALCAM S.P.A.,

                                                               Defendants-Appellees,

Appeal from the United States Court of International Trade in
Case No. 21-00073
Judge Stephen A. Vaden

## **ORDER**

Upon consideration of Plaintiffs-Appellants' Consent Motion for Voluntary Dismissal and Dismissal Agreement, it is hereby:

**ORDERED** that Federal Circuit Docket Number 23-1382, *Ellwood City Forge Company v. US*, is dismissed; and it is further

**ORDERED** that each party will bear its own costs

                                                         Signed: _____

Date: _____
      Washington, D.C.

FORM 19. Certificate of Compliance with Type-Volume Limitations  Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1382

**Short Case Caption:** Ellwood City Forge Company v. US

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __172__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 01/23/2023          Signature: /s/ Thomas M. Beline

                          Name: Thomas M. Beline