NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELLWOOD CITY FORGE COMPANY, ELLWOOD NATIONAL STEEL CO., ELLWOOD QUALITY STEELS CO., A. FINKL & SONS,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, METALCAM S.P.A.,**

*Defendants-Appellees*

---

2023-1382

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00073-SAV, Judge Stephen A. Vaden.

---

**ON MOTION**

---

### O R D E R

Upon consideration of the appellants' unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

                                                          FOR THE COURT

<u>January 27, 2023</u>
      Date                              <u>/s/ Peter R. Marksteiner</u>
                                           Peter R. Marksteiner
                                           Clerk of Court

**ISSUED AS A MANDATE:** January 27, 2023